George C. Aucoin
Law Offices of George C. Aucoin, APLC
2637 Florida Street, No. 25
Mandeville, LA 70448
Phone: (985) 727-2263
Fax: (985) 951-7490
e-mail: aucoingc@att.net
Attorney for Plaintiff, Robert David Townsend



# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ROBERT DAVID TOWNSEND <br><br> PLAINTIFF <br><br> V. <br><br> THE UNIVERSITY OF ALASKA and THE UNIVERSITY OF ALASKA AT FAIRBANKS <br><br> DEFENDANTS | Case No.: 3:06-CV-00171 TMB <br><br><br><br> NOTICE OF RELATED CASES |

In accordance with Local Rules, I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_XX\_\_ IS NOT related to any pending or closed civil action or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Cases upon each

party after appearance of the party.

Respectfully Submitted,

_____
GEORGE C. AUCOIN, Esq. (Trial Counsel)
Louisiana Bar No. 24747
**DONALD L. HYATT, Esq.**
Louisiana Bar No. 24808
Law Offices of George C. Aucoin, APLC
2637 Florida Street, #25
Mandeville, LA 70448
Telephone: (985) 727-2263
Facsimile: (985) 951-7490
*COUNSEL FOR PLAINTIFF,*
*ROBERT DAVID TOWNSEND*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been filed with the Clerk of this Court, and forwarded to currently identified counsel as set forth below this 19th day of July, 2006.

_____
GEORGE C. AUCOIN