IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DAVID TOWNSEND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNIVERSITY OF ALASKA ) | |
| and UNIVERSITY OF ALASKA AT ) | |
| FAIRBANKS, ) | |
| ) Case No. 3:06-CV-00171-TMB | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendants UNIVERSITY OF ALASKA and UNIVERSITY OF ALASKA FAIRBANKS, through their counsel, file this Motion to Dismiss Complaint pursuant to Federal Rules of Civil Procedure 12(b) and 12(h)(3), and Local Rule 7.1. This Court lacks subject matter jurisdiction of this case, and the University has sovereign immunity from this lawsuit in federal court.

The Motion is supported by the attached Memorandum of Law.

RESPECTFULLY SUBMITTED this 5th day of October 2006.

ASHBURN & MASON P.C.
LAWYERS
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501-5914
Tel 907.276.4331 • Fax 907.277.8235

ASHBURN & MASON, P.C.
Counsel for Defendants

  /s/ Mark Ashburn
ASHBURN & MASON, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone (907) 276-4331
Fax (907) 277-8235
E-mail:   mea@anchorlaw.com
ABA No.  7405017

CERTIFICATE OF SERVICE
I hereby certify that on October 5, 2006 a copy of the foregoing Defendants Motion to Dismiss Complaint was served electronically on George C. Aucoin and Donald L. Hyatt, and mailed to William B. Schendel, 250 Cushman Street, Suite 500, Fairbanks, Alaska 99701.

/s/ Mark Ashburn

N:\cls\10518\Defendant's Mtn to Dismiss Complaint.doc

Defendant's Motion to Dismiss Complaint
*Townsend  v. UA & UAF*, Case No. 3:06-CV-00171-TMB   *Page 2 of 2*