Mark E. Ashburn
Ashburn & Mason, P.C.
1227 West Ninth Avenue, Suite 200
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

William B. Schendel
Schendel Law Office
250 Cushman St., Suite 500
Fairbanks, AK 99701
Phone: (907) 451-6500
Facsimile: (907) 451-8607

Attorneys for University of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ROBERT DAVID TOWNSEND, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-CV-00171 TMB |
| ) | |
| vs. ) | |
| ) | |
| THE UNIVERSITY OF ALASKA and ) | |
| THE UNIVERSITY OF ALASKA ) | |
| AT FAIRBANKS, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants, through their counsel of record, provide notice of supplemental authority, pursuant to Local Rule 7.1(h)(1)[B]. The citation for the supplemental authority is *Williams v. United Airlines, Inc. et al.*, Case No. 05-17072, ____ F.3d ____, WL 2458504 **2-4 (9th Cir. August 31, 2007). The citation pertains to Docket #14, pp. 6-7; Docket #19, pp. 3-11; and Docket #22, pp. 2-5.

ASHBURN & MASON, P.C.
Attorneys for Defendants

Dated:   9/04/2007             /s/   Mark E. Ashburn
Alaska Bar No. 7405017
E-mail: mea@anchorlaw.com

SCHENDEL LAW OFFICE
Attorneys for Defendants

Dated:   9/04/2007             /s/   William B. Schendel
Alaska Bar No. 7610128
E-mail: will@schendellaw.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served electronically on the 4th day of September 2007 on George C. Aucoin, Esq. and Donald L. Hyatt, II, Esq.

ASHBURN & MASON, P.C.

By:   Mark E. Ashburn

P:\Clients\10518\Pleadings\N-Suppl Authority.doc